UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

RICHARD POWELL,

                              Plaintiff,

-against-

NASSAU COUNTY, NASSAU COUNTY POLICE
COMMISSIONER LAWRENCE MULVEY,
COMMANDING OFFICER INSPECTOR
CHRISTOPHER HEALY, OFFICER DETECTIVE
LIEUTENANT KEECHANT SEWELL, CHIEF
OF DETECTIVES JAY CAPUTO, LIEUTENANT
CHARLES C. DUNN, POLICE OFFICER JOHN A.
WELLENREUTHER, POLICE OFFICER RYAN M.
LUNT, AND POLICE OFFICER GARY H. RENICK,

                              Defendants.
------------------------------------------------------------------- x

12-CV-1613
(ADS)(ETB)
STIPULATION AND
ORDER OF DISMISSAL
AGAINST DEFENDANTS
WTH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, as against all Defendants, with prejudice, and without costs to either party as against the other. This stipulation may be filed with the Clerk of the Court, without further notice.

Dated: Mineola, New York
         October 17, 2013

Andrew M. Friedman
Attorney at Law
By: _____
Friedman, Khafif & Sanchez
Attorney for Plaintiff
16 Court Street, Ste 2600
Brooklyn, New York 11241
(718/797-2488)

JOHN CIAMPLOI
Nassau County Attorney
By: _____
Diane C. Petillo
Deputy County Attorney
One West Street
Mineola, New York 11501
(516/ 571-6190)